# In the United States District Court
# for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| RICHARD WILLIAM PRICE, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| DEBORAH A. HICKEY, | : | |
| Respondent. | : | NO. CV209-27 |

### O R D E R

On October 9, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Petitioner's case. Contrary to the prisoner's argument, Judge Graham concluded that the Bureau of Prisons was permitted to execute Petitioner's restitution order, which demanded payment in full at the time of sentencing.

After an independent review of Price's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court. Petitioner's objections are **OVERRULED**. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this  9th  day of November, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JAMES T. KIMBALL, | : | |
| Defendant. | : | NO. CR209-16 |

## O R D E R

On October 23, 2009, Magistrate Judge James E. Graham denied defense counsel's motions to incur extraordinary expenses for reimbursement under the Criminal Justice Act, and Kimball appeals from that ruling. Because Kimball has not shown any error by the Magistrate Judge, his objection is **OVERRULED**. Dkt. No. 73.

**SO ORDERED**, this  9th  day of November, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)